IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00100-CBS-PAC

JULIE TOLLINCHI,

    Plaintiff,

v.

VICKI SOWINSKI,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Defendant's Unopposed Motion to Compel FED.R.CIV.P. 35 Examination (filed September 7, 2005; *doc. no. 23*) is **GRANTED**.

**DATED:**     September 9, 2005