IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00100-CBS-PAC

JULIE TOLLINCHI,

    Plaintiff,

v.

VICKI SOWINSKI,

    Defendant.

---

### ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE

---

The Stipulation for Dismissal with Prejudice filed February 28, 2006 (*doc. no. 35*), by the parties, having come before the Court, and appearing well founded; it is hereby

**ORDERED** that this action is **DISMISSED, with prejudice**, each party to bear their own costs and attorney's fees incurred herein.

DATED at Denver, Colorado, this 1st day of March, 2006.

                                  BY THE COURT:

                                  *s/Craig B. Shaffer*
                                  Craig B. Shaffer
                                  United States Magistrate Judge